# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

July 11, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas  72701

RE:   HINDS, Kenneth Wayne
      Dkt. #5:88CR50015-002
      **REQUEST FOR EARLY TERMINATION**

Dear Judge Hendren:

On March 17, 1989, Kenneth Wayne Hinds was sentenced by The Honorable H. Franklin Waters on one-count of knowingly and intentionally manufacturing methamphetamine. Kenneth Hinds was sentenced to 235 months imprisonment, three (3) years of supervised release, $50 special assessment, and special conditions of financial disclosure and substance abuse testing/treatment if directed by the probation officer. Supervised Release commenced on January 11, 2005 in the Western District of Arkansas, Fayetteville Division.

Kenneth Hinds has requested from Your Honor to be released early from supervision. I have spoken with Mr. Hinds about his request and he has cooperated with this office in satisfying all of his conditions of supervision, including drug testing and DNA collection. The financial obligation ordered in this case was satisfied while Mr. Hinds was serving his sentence of imprisonment. I also consulted Assistant U.S. Attorney William Cromwell regarding this matter and Mr. Cromwell stated he had no objection to Kenneth Hinds being released early from supervision.

Our office respectfully requests that Kenneth Wayne Hinds be released early from supervised release. If the Court is in agreement, attached is a Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date for Your Honor's signature. We will continue to monitor this case at Your Honor's direction.

Page 2
Hinds, Kenneth Wayne
Dkt. #5:88CR50015-002

Should Your Honor require further information, please advise.

Respectfully,

*[signature]*

Michael K. Scott
U.S. Probation Officer

\_\_\_ Denied

✓ Other *[handwritten: As suggested]*

*[signature]* 7/16/07

Honorable Jimm Larry Hendren    Date
Chief U.S. District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 17 2007

CHRIS R. JOHNSON, CLERK
BY *[signature]*
DEPUTY CLERK