Report and Order Terminating Probation /Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.   Crim. No. 5:88CR50015-002

KENNETH WAYNE HINDS

On January 11, 2005, Kenneth Wayne Hinds was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Kenneth Wayne Hinds be discharged from supervision.

Respectfully submitted,

Michael K. Scott
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this _16_ day of _July_, 20_07_.

Honorable Jimm Larry Hendren
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 17 2007

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK